UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSIL YOUSSEF,<br><br>    Plaintiff,<br><br>-against-<br><br>COCAINE CITY RECORDS LLC, et al.,<br><br>    Defendants. | No. 17-CV-9603 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  By stipulation, Plaintiff has voluntarily dismissed all claims against all Defendants.  (See dkt. nos. 57 & 58.)  Accordingly, the Clerk of the Court shall close this case and deny all pending motions as moot.

**SO ORDERED.**

Dated:  March 26, 2021
     New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge